**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EVAN ROBERT WOOD,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA OFFICE OF ADMINISTRATION, *et al.*,<br><br>Defendants. | : | Civil No. 1:25-CV-01570<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 4th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's motions for leave to supplement objections with post-report factual developments, Docs. 32 & 33, and motion for oral argument on objections, Doc. 35, are **DENIED**.

2) Plaintiff's motion for leave to file a limited sur-reply to Defendants' response to Plaintiff's objections and submit supplemental declaration is **GRANTED**. The court considered the reply brief at Doc. 37-3 in ruling on Plaintiff's objections to the report and recommendation.

3) The report and recommendation, Doc. 30, is **ADOPTED**.

4) Plaintiff's objections, Doc. 31, are **OVERRULED**.

5) Defendants' motion to dismiss, Doc. 20, is **GRANTED**.

6) Plaintiff's motion for temporary restraining order, Doc. 26, is **DENIED**.

7) Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is given leave to file an amended complaint consistent with the report and recommendation within 21 days of this order. If an

amended complaint is not filed, the Clerk of Court is directed to close this case.

8) Plaintiff's motion for leave to amend and supplement and for related relief, Doc. 39, is **DENIED AS MOOT** because the court is independently providing Plaintiff leave to file an amended complaint.

9) This matter is referred back to Judge Bloom for pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania